FILED
August 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002006516

Julius M. Engel, ESQ #137759
Engel Law Group
5855 Auburn Blvd #2
Sacramento, CA 95841
(916)515-9693; Fax 515-0791

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re

Hilda Arias,

        Debtor(s).

) Case No.: 09-28276-A-7
) **AMENDED**
) MOTION FOR ORDER RELEASING
) PROPERTY (CASH) TO DEBTOR(Levy
) #G083241)
) Dkt JME 002
) Date: August 31, 2009
) Time: 9:00 AM
) Place: US Bankruptcy Court 501
) "I" St , Courtroom 33, 6th Fl
) Sacramento, CA 95814
) Judge:The Hon.Michael McManus

    Debtor Hilda Arias herein moves for an order for the release of property levied by the Los Angeles Sheriff's Department (herein after LASD). The property is US Cash in the sum of $2,721.23. It is LASD's policy not to release such property without a court order commanding them to do so.(attached is LASD's policy letter.)

    On May 29, 2009 the US Trustee Prem Dhawan counsel herein handed a stipulation regarding the matter but on June 16, 2009 the trustee advised he does not get involved in such matters and

[Summary of pleading] - 1